

# IN THE
# TENTH COURT OF APPEALS

———————————

## No. 10-21-00227-CR

———————————

## THE STATE OF TEXAS EX REL. BARRY JOHNSON

———————————

## Original Proceeding

## From the 54th District Court
## McLennan County, Texas
## Trial Court No. 2021-1100-C2

---

## MEMORANDUM OPINION

---

The State's "Application for Writ of Mandamus and Prohibition" is denied. The State's "Motion to Adopt Exhibits Attached to Real Party in Interest's Response" and its request for an emergency temporary stay of proceedings in the trial of the underlying cause are dismissed as moot.

MATT JOHNSON
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Petition denied
Opinion delivered and filed September 10, 2021
Do not publish
[OT06]

